UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Wonderland Switzerland AG, ) | |
| ) | |
| Plaintiff, ) | Case No. 0:19-cv-2475-JMC |
| ) | |
| v. ) | Judge J. Michelle Childs |
| ) | |
| Britax Child Safety, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT SUBMISSION OF AMENDED
SCHEDULING ORDER PER ORDER (ECF NO. 81)**

Pursuant to paragraph 1 of the Court's Third Amended Scheduling Order (ECF No. 81), Plaintiff and Defendant jointly submit a Fourth Amended Scheduling Order in the above matter and request that the Court enter the same pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rule 6.01. The parties submit a proposed Fourth Amended Scheduling Order herewith. *See* Exhibit A.

Paragraph 1 of the existing Scheduling Order (ECF No. 81) requires that the schedule be amended to include calendar dates (rather than placeholder dates) within ten days of the Court's issuance of its claim construction order (ECF No. 84). In addition to substituting calendar dates as required by the order, the parties jointly propose altering the dates in the scheduling order to move any due date falling on a weekend to the following Monday. In particular, relative to the placeholder dates specified in the existing Scheduling Order (ECF No. 81), the following dates have been adjusted:

- Paragraph 4: date modified to Monday, February 8, 2021, from February 6.

- Paragraph 5: date modified to Monday, March 8, 2021, from March 6.

1

- Paragraph 6:  date modified to Monday, March 22, 2021, from March 20.

- Paragraph 11:  first date modified to Monday, July 26, 2021, from July 24; second date altered to August 30, 2021, from August 28.

- Paragraph 12:  first date modified to Monday, August 2, 2021, from July 31; second date modified to Monday, August 30, 2021, from August 28.

The dates in the existing Scheduling Order have not otherwise been altered.

WHEREFORE, the parties respectfully request that the Court enter the attached Fourth Amended Scheduling Order submitted herewith.

**WE SO MOVE**

_s/ Jason A. Pittman_____
Tim F. Williams (Fed. Id. 6276)
Jason A. Pittman (Fed. Id. 10270)
DORITY & MANNING, P.A.
P.O. Box 1449
Greenville, S.C. 29602-1449
Tel: 864-271-1592
Fax: 864-233-7342
timw@dority-manning.com
jpittman@dority-manning.com

Frank A. DeCosta, III (pro hac vice)
Aaron L. Parker (pro hac vice)
Daniel F. Klodowski (pro hac vice)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001
Tel.: (202) 408-4000
Fax: (202) 408-4400
frank.decosta@finnegan.com
aaron.parker@finnegan.com
daniel.klodowski@finnegan.com

Gary C. Ma (pro hac vice)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Hung Kuo Building
12D, 167 DunHua North Road
Taipei, Taiwan 105
Tel.: +886 2 2712 7001 ext. 102
Fax: (202) 408-4400
gary.ma@finnegan.com

**Attorneys for Plaintiff Wonderland Switzerland AG**

**WE SO MOVE**

_S / Tara C. Sullivan_
K&L GATES LLP
Tara C. Sullivan
134 Meeting Street
Suite 500
Charleston, SC 29401
Phone: 843.579.5600
tara.sullivan@klgates.com

Alan L. Barry (pro hac vice)
Benjamin E. Weed (pro hac vice)
Christopher J. Fahy (pro hac vice)
Devon C. Beane (pro hac vice)
Gina A. Johnson (pro hac vice)
Erik J. Halverson (pro hac vice)
70 W. Madison St.
Suite 3300
Chicago, IL 60602
Phone: 312-372-1121
alan.barry@klgates.com
benjamin.weed@klgates.com
christopher.fahy@klgates.com
devon.beane@klgates.com
gina.johnson@klgates.com
erik.halverson@klgates.com

**Attorneys for Defendant Britax Child Safety, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **JOINT SUBMISSION OF AMENDED SCHEDULING ORDER PER ORDER (ECF NO. 81)** has been served on December 11, 2020, on all counsel of record by the Court's Electronic Filing System.

                                           *s/ Jason A Pittman*

                                       Jason A. Pittman (Fed. Id. 10270)
                                       DORITY & MANNING, P.A.
                                       P.O. Box 1449
                                       Greenville, South Carolina 29602
                                       Telephone: (864) 271-1592
                                       Facsimile: (864) 233-7342
                                       Email: jpittman@dority-manning