# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Wonderland Switzerland AG, | ) |
| | ) |
| Plaintiff, | ) Case No. 0:19-cv-2475-JMC |
| | ) |
| v. | ) |
| | ) |
| Britax Child Safety, Inc., | ) |
| | ) |
| Defendant. | ) |

## Fourth Amended Scheduling Order

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the parties jointly propose and request entry of the following amended schedule for this case.

1. Fact discovery shall be completed no later than **January 15, 2021**. Discovery shall be deemed completed within this time only if discovery is initiated at such time as to afford the responding party the full time provided under the applicable rule of the Federal Rules of Civil Procedure in which to respond prior to the discovery completion date noted in this paragraph.

2. No later than **January 20, 2021**, the parties will complete a mediation. Upon completion of the mediation, the Court is to be advised of the results.

3. No later than **February 8, 2021**, parties having the burden of proof shall file and serve a document identifying by full name, address, and telephone number each person whom the party having the burden of proof expect to call as an expert at trial on issues for which the party has the burden of proof and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties.[1]

---

[1] Concurrent with the identification of each expert and subject matter, each party shall serve (but not file): (1) a complete copy of the most current curriculum vitae of each expert or a detailed summary of his qualifications to testify on each identified subject; (2) (a) a complete statement of all opinions to be expressed by each expert and the basis and reasons therefore; (b) the data and other information considered by the expert in forming the opinions; (c) any exhibits to be used as a summary of or support for the opinions, and (d) citations of any treatise, text or other authority upon which each expert especially relied; and (3) a copy of each expert's report if a report has been prepared.

1

4. No later than **March 8, 2021**, parties opposing the burden of proof shall file and serve a document identifying by full name, address, and telephone number each person whom the party opposing the burden of proof expect to call as an expert at trial, as a responsive expert or otherwise, on issues for which the party opposes the burden of proof and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties.[2]

5. No later than **March 22, 2021**, the parties must serve written rebuttal expert reports relating to issues for which the party has the burden of proof.

6. No later than **April 5, 2021**, all expert discovery, including depositions of expert witnesses, must be complete.

7. All dispositive motions, i.e., all motions, including, summary judgment motions and motions challenging the admissibility of expert opinions at trial but excluding (a) those relating to the admissibility of evidence at trial and (b) those to compel discovery, will be filed no later than **April 30, 2021**.

8. All briefs in opposition to any dispositive motions will be filed no later than **May 21, 2021**.

9. All reply briefs to any briefs filed in opposition to any dispositive motions will be filed no later than **June 4, 2021**.

10. No later than **July 26, 2021**, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. By **August 30, 2021**, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(4).

11. Motions in limine must be filed no later than **August 2, 2021**. Oppositions to motions in limine must be filed no later than August 30, 2021.

12. Parties shall furnish the Court pretrial briefs no later than **September 7, 2021**. Attorneys shall meet by at least August 31, 2021, for the purpose of exchanging and marking all exhibits. *See* Local Civil Rule 26.07.

---

[2] Concurrent with the identification of each expert and subject matter, each party shall serve (but not file): (1) a complete copy of the most current curriculum vitae of each expert or a detailed summary of his qualifications to testify on each identified subject; (2) (a) a complete statement of all opinions to be expressed by each expert and the basis and reasons therefore; (b) the data and other information considered by the expert in forming the opinions; (c) any exhibits to be used as a summary of or support for the opinions, and (d) citations of any treatise, text or other authority upon which each expert especially relied; and (3) a copy of each expert's report if a report has been prepared.

13. This case is subject to be called for jury selection and trial no later than **September 16, 2021**.

      **A request for a continuance of the trial date must be agreed to and signed by the party and his attorney requesting and/or consenting to the continuance.**

      **The Court directs the parties' attention to Local Rule 7.00 which governs motion practice. Hearings on motions are not automatic. The Court may decide motions without a hearing. If a party opposes a motion which has been filed, that party must file a response to the opposed motion with twenty (20) days of the date the motion was filed. If no such response in opposition is filed, the Court will assume that the party consents to the Court's granting the motion.**

                                                  s/J. Michelle Childs
                                                  J. Michelle Childs
                                                  United States District Judge

Dated: December 14, 2020
Columbia, South Carolina